IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FUENTES,<br><br>     Defendant. | 4:15CB3003<br><br>DISMISSAL ORDER |

  Upon the Motion of the Government, violations FASW0038 and FASW0039 are dismissed.

February 3, 2022.

                BY THE COURT:

                s/Cheryl R. Zwart
                United States Magistrate Judge